| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ARVON J. PERTEET (CSBN 242828) |
| 5 | Special Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |
| 7 | Telephone: 415.436.6598<br>Facsimile: 415.436.7234 |
| 8 | Email:arvon.perteet@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CV 09-4101 SI |
| | ) | |
| v. | ) | **[PROPOSED] DEFAULT JUDGMENT** |
| | ) | |
| ONE (1) CHEVROLET COLORADO<br>(VIN# 1GCDT196958286025), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this __2nd__ day of ~~April~~, 2010,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) One (1) 2009 Box Interstate Box Trailer (VIN #

4RACS12269N064391), (2) One (1) MQ Power 45KW Generator - Serial #7200681, and (3) One (1) MQ Power 45KW Generator - Serial #7202969 and it is;

FURTHER ORDERED that the above-captioned and listed defendants be, and hereby is, condemned and forfeited to the United States, pursuant to 21 U.S.C. §§ 881(a)(2) and (a)(4), and that all right, title and interest in said property be and hereby is vested in the United States of America; and it is;

FURTHER ORDERED that the United States Marshals Service shall, in accordance with law, dispose of the forfeited defendant.

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Default Judgement
No. CV 09-4101 SI