MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 09-4101 SI |
|     Plaintiff, ) | |
|     v. ) | CONSENT ORDER OF SETTLEMENT |
| One (1) 2005 Chevrolet Colorado (VIN # ) 1GCDT196958286025); ) | |
|     Defendant ) | |

## CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on September 3, 2009, the United States filed a complaint for forfeiture of certain assets seized as a result of the investigation conducted by DEA Special Agent Joshua Craven;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) is that of DAVID VALLANCE, submitted on or about November 11, 2009;

//

1  WHEREAS, pursuant to the settlement negotiations among the parties, DAVID VALLANCE agrees to withdraw his claim with respect to One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) in any administrative or judicial forfeiture proceeding;

AND WHEREAS, it appearing to the court from the endorsement of the parties that the parties have agreed to a resolution of this matter with respect to One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025), and deeming it proper so to do;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication and there being only the claim filed by DAVID VALLANCE, as to defendant One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) , the default of all persons or entities other than DAVID VALLANCE is entered.

2. One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), free from the claims of any other party.

3. The United States shall dispose of the forfeited One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) in accordance with the law.

4. DAVID VALLANCE releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) .

5. The United States release DAVID VALLANCE from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the One (1) 2005 Chevrolet Colorado (VIN # 1GCDT196958286025) .

//
//
//
//
//

Consent Order of Settlement and Forfeiture
No. CV 09-4101 SI

6. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

_____     *[signature: Susan Illston]*

Date     U.S. DISTRICT COURT JUDGE, SUSAN ILLSTON

WE ASK FOR THIS:

*[signature]*

ARVON J. PERTEET

Special Assistant United States Attorney

*[signature]* 1/3/2011 3:10 pm.

ANN MOORMAN

Counsel for Claimant, DAVID VALLANCE

*[signature]*

DAVID VALLANCE, CLAIMANT

Consent Order of Settlement and Forfeiture
No. CV 09-4101 SI

3