MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 09-4101 SI |
|     Plaintiff, ) | |
|   v. ) | [~~PROPOSED~~] DEFAULT JUDGMENT |
| ONE (1) CHEVROLET COLORADO ) (VIN# 1GCDT196958286025), et al., ) | |
|     Defendant(s). ) | |

    **UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this _29th_ day of _July_____, 2011,

    ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against One (1) MQ Power 15KW Generator - Serial #8700132

and it is;

    FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is, condemned and forfeited to the United States, pursuant to 21 U.S.C. §§ 881(a)(2) and (a)(4), and that all right, title and interest in said property be and hereby is vested in the United States of America; and it is;

    FURTHER ORDERED that the United States Marshals Service shall, in accordance with law, dispose of the forfeited defendant.

7/29/11

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Default Judgement as to MQ Power 15KW Generator
No. CV 09-4101 SI