MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>              Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> Real Property and Improvements located at ) <br> APN # 012-710-46, Leggett, CA; Real ) <br> Property and Improvements located at 053- ) <br> 460-13, Leggett, CA, ) <br> ) <br>              Defendants. ) <br> _____) | **No. CV 09-4101 SI** <br><br> **JOINT STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE PROCEEDINGS** |

1. IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant and BRETT INGRAM, through their respective counsel, that the proceedings be continued for 60 days.

2. The parties are in the process of drafting a stipulated settlement agreement and dismissal and are in need of additional time to complete the terms of the agreement.

//

//

3. The parties believe that the 60 day continuance will allow for the resolution of this matter.

Dated: February 6, 2012

    MELINDA HAAG
United States Attorney

    /S/   *Arvon J. Perteet*
ARVON J. PERTEET
Assistant United States Attorney
Attorney for the United States of America

Dated: February 6, 2012

    /S/   *Stephen Gallenson*
STEPHEN GALLENSON
Attorney for Claimant
BRETT INGRAM

### [PROPOSED] ORDER

IT IS SO ORDERED on this ___7th___ day of ___Feb.___, 2012, that this civil forfeiture proceeding be continued for 60 days.

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

The case management conference is continued to 5/4/12 @ 2:30 p.m.

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
No. CV 09-4101 SI

2