MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 09- 4101 SI |
|     Plaintiff, ) | |
| v. ) | SETTLEMENT AGREEMENT |
| Real Property and Improvements located at ) APN # 012-710-46, Leggett, CA; Real ) Property and Improvements located at 053- ) 460-13, Leggett, CA. ) | |
|     Defendants. ) | |

1. IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant BRETT INGRAM, through their respective counsel, the parties enter into this Settlement Agreement.

2. After proper notification and publication was given, the only person who filed a timely claim in this action to the defendant real properties was claimant, Brett Ingram (hereafter "claimant" or "Ingram"). As a result, only Ingram has a right to claim the defendant real properties. The United States and claimant are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

3. The parties agree that the resolution of this lawsuit is based solely on the terms stated in this Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued litigation.

4. The parties further agree that this Agreement does not constitute precedent on any legal issue for any purpose whatsoever.

5. This Agreement is a compromise over disputed issues and does not constitute any admission or wrongdoing or liability by any party. Neither party shall be considered a prevailing party.

6. This Agreement is expressly conditioned on the following conditions. The failure of the occurrence of any of these conditions is grounds for cancellation and termination of this Agreement upon written notice of either party. In the event this Agreement shall be cancelled, the parties shall be deemed to have reverted to their respective status and position as if this Agreement had never occurred.

   A. Brett Ingram shall sign the attached Hold Harmless agreement.

   B. Within 20 days from the receipt of the signed Hold Harmless agreement, the United States will file releases of lis pendenses filed in the instant actions. Copies will be provided to the claimant for filing with the County Recorder. The release of lis pendeses shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees to the defendant real properties. Claimant, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of the same, including all federal, state, and local enforcement officers, for any and all acts directly or indirectly related to the filing of the two lis pendenses filed against the defendant real property and all facts alleged in the Amended Complaint for Forfeiture.

//
//

SETTLEMENT AGREEMENT
No. CV 09-4101 SI                                2

7. All notices or documents to be provided to the claimant shall be sent to Stephen Gallenson, Esq., 1100 Mendocino Avenue, Santa Rosa, California, 95401. All notices or documents to be provided to the United States shall be sent to AUSA Arvon Perteet, 450 Golden Gate Avenue, 11th Floor, San Francisco, California, 94102.

8. The United States and claimant agree that each party shall pay its own attorney's fees and costs.

9. Upon completion of the conditions, the parties shall file a stipulation to dismiss the present action.

IT IS SO STIPULATED:

Dated: April 18, 2012

MELINDA HAAG
United States Attorney

ARVON J. PERTEET
Assistant United States Attorney
Attorney for the United States of America

Dated: April 16, 2012

STEPHEN GALLENSON
Attorney for Claimant
BRETT INGRAM

Dated: April 16, 2012

BRETT INGRAM
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS DAY OF    4/19   , 2012

HONORABLE SUSAN ILLSTON
United States District Court Judge

SETTLEMENT AGREEMENT
No. CV 09-4101 SI                          3

## Hold Harmless

Brett Ingram, and the United States, by and through its counsel, Melinda Haag, United States Attorney, and Arvon J. Perteet, Assistant U.S. Attorney, do hereby agree to the following:

1. Brett Ingram acknowledges that he has been informed and advised of his right to retain counsel of his own choosing to represent him and that he enters into this agreement upon the advice of his own counsel.

2. Brett Ingram, his heirs, representatives and assignees shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the filing of the two lis pendenses filed against Real Property and Improvements located at APN # 012-710-46, Leggett, CA, and Real Property and Improvements located at 053-460-13, Leggett, CA, and all facts alleged in the related civil forfeiture action, CV 09-4101 SI.

3. Brett Ingram agrees that he is not a prevailing party in Civil Case CV 09-4101 SI and agrees to waive any and all right to attorney fees or other litigation costs.

4. This agreement constitutes the entire agreement of the parties and relates solely to the matters described in this agreement.

DATED: 4.18.12

ARVON J. PERTEET
Assistant U.S. Attorney

DATED: 4.16.12

BRETT INGRAM

DATED: 4.16.12

STEPHEN GALLENSON, ESQ.
Attorney for Brett Ingram